AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| LOLIS BRAND COMPANY, LLC | ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. 8:23-cv-02044-MSS-TGW |
| v. | ) ) | |
| WALLY'S FOOD TRUCK, LLC and WALBERTO GOMEZ, | ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   WALLY'S FOOD TRUCK, LLC
c/o its Owner: Walberto Gomez
6817 Cambridge Park Dr.
Apollo Beach, FL 33572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Chaiken, Esq.
Law Offices of Chaiken & Chaiken, PA
8350 SW 148 Dr.
Palmetto Bay, FL 33158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

GabriellaLobaina

Date: September 12, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LOLIS BRAND COMPANY, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> WALLY'S FOOD TRUCK, LLC and WALBERTO GOMEZ, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  8:23-cv-02044-MSS-TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WALBERTO GOMEZ
6817 Cambridge Park Dr.
Apollo Beach, FL 33572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Brian Chaiken, Esq.
Law Offices of Chaiken & Chaiken, PA
8350 SW 148 Dr.
Palmetto Bay, FL 33158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

GabriellaLobaina

Date:  September 12, 2023

Signature of Clerk or Deputy Clerk